Malovinia Elizabeth Welsh, Respondent, v. Henry Bradshaw Welsh, Appellant.— Order modified as stated in order, and as modified affirmed, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Bertha Frankel, Appellant, v. Max Wolper, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Benjamin Gershanoff, Respondent, v. New York Consolidated Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Bessie Price Jenkins, Respondent, v. Arthur Jenkins, Appellant.— Order affirmed, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

John Ryan, Respondent, v. John Lashure, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Emily M. Ford, Respondent, v. John Wanamaker, Appellant.— Order reversed and motion granted. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

William Prager and Others, Respondents, v. Maud Brevoort Barclay, Appellant, Impleaded with Others. Standish Chard, Respondent. Banned Friend, Respondent, v. Maud Brevoort Barclay, Appellant, Impleaded with Others. Jacob Katz, Respondent. (No. 1.) Banned Friend, Respondent, v. Maud Brevoort Barclay, Appellant, Impleaded with Others. Jacob Katz, Respondent. (No. 2.) — Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

In the Matter of Knapp & French, Inc.— Appeal dismissed, with ten dollars costs and disbursements. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

In the Matter of Knapp & French, Inc.— Appeal dismissed, with ten dollars costs and disbursements. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Otis F. Wood, Respondent, v. Rose O'Neill Wilson, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Theodore M. Cox, Appellant, v. Edward B. Boynton and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.